IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Elton S. Porter | § | |
| | § | |
| Plaintiff | § | Civil Action No.: |
| | § | |
| | § | 5:18-cv-1245-XR |
| | § | |
| v | § | |
| | § | |
| | § | |
| | § | |
| Medicredit, Inc. | § | |
| | § | |
| Defendant | § | |
| | § | |

Stipulation of Dismissal

_____

The parties have agreed to dismissal of this action, with prejudice.

Defendant has filed an answer. Per Fed. R. Civ. P. 41(a)(1)(A)(ii) the parties

hereby stipulate the Plaintiff's claims are hereby dismissed with prejudice;

each party to bear their own costs.

Dated: August 23, 2019                    Respectfully Submitted,


/s/Jacob F. Hollars                       /s/William M. Clanton
Jacob F. Hollars,                         William M. Clanton
admitted pro hac vice                     Texas Bar No. 24049436
Colorado Bar No. 50352
1700 Lincoln Street, Suite 2000           Law Office of Bill Clanton, P.C.
Denver, Colorado  80203                   926 Chulie Dr.
Telephone:  (303) 839-3800                San Antonio, Texas 78216
Facsimile:  (303) 839-3838                210 226 0800
E-mail:  jhollars@spencerfane.com         210 338 8660 fax
                                          bill@clantonlawoffice.com

Mark A. McNitzky
Texas Bar No. 24065730
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
112 E. Pecan Street, Suite 2700
San Antonio, TX  78205
Telephone: (210) 277-3615
Facsimile: (210) 277-2702
mark.mcnitzky@ogletreedeakins.com

SL 3495531.1